Jose Lopez Centino, Respondent, v. Isbrandtsen Company, Inc., Defendant-Appellant, and Third-Party Plaintiff. Manuelo Casteno et al., Third-Party Defendants.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.